1

2

3       **DENIED**

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   GREAT LAKES REINSURANCE        )   CASE NO. 2:17-cv-1199
     (UK) SE (formerly GREAT LAKES  )
12   REINSURANCE (UK) PLC)          )
                                    )   [PROPOSED] ORDER GRANTING
13              Plaintiff,          )   PLAINTIFF GREAT LAKES
                                    )   REINSURANCE (UK) SE'S
14   v.                             )   NOTICE OF MOTION AND
                                    )   MOTION TO REMAND ACTION
15                                  )
     ACE AMERICAN INSURANCE         )
16   COMPANY, and DOES 1 through 10,)   Date:      April 17, 2017
     inclusive,                     )   Time:      1:30 p.m.
17                                  )   Dept.:     10A
                Defendants.         )
18   _____)
                                    )
19                                  )

20        TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

21        The motion by Plaintiff GREAT LAKES REINSURANCE (UK) SE

22   (formerly GREAT LAKES REINSURANCE (UK) PLC), to remand this action to the

23   Superior Court of the State of California for the County of Los Angeles, came to be

24   regularly heard by this Court on April 17, 2017; John S. Levitt appearing for the

25   Plaintiff and moving party; Darren Le Montree appearing for the Defendant Ace

26   American Insurance Company, and after full consideration of the written submissions

27   of the parties, the Court finds:

28        ~~That the removal of this action to this Court was not timely, and therefore this~~

1  ~~Court must remand the action to the Superior Court of the State of California for the~~

2  ~~County of Los Angeles.~~                                              Denied

3  ~~For the foregoing reasons,~~ plaintiffs' motion to remand is ~~GRANTED~~. ~~This~~

4  ~~action is immediately REMANDED to the Superior Court of California for the~~

5  ~~County of Los Angeles. Any hearings or conferences scheduled in this action are~~

6  ~~hereby VACATED.~~

7

8                                        DENY

      Dated:   APR 2 0 2017
9                                        Gary Klausner

10                                    Honorable ~~Stephen V. Wilson~~, Judge of the
                                      United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION