Darren Le Montree, Esq. (SBN 198715)
*dlemontree@londonfischer.com*
**LONDON FISCHER LLP**
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
T: (213) 943-1409
F: (213) 943-1412

*Attorneys for Defendant*
ACE AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES REINSURANCE (UK) SE (formerly GREAT LAKES REINSURANCE (UK) PLC) | Case No. 2:17−cv−01199−RGK (JCx) |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT** |
| v. | **RE: Dkt No. 44** |
| ACE AMERICAN INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the Court's Order denying Plaintiff's motion for summary judgment and holding that its claims in this action are dismissed as moot, judgment is accordingly granted in favor of Defendant ACE American Insurance Company and against Plaintiff.

Dated:  March 21, 2018

By: _____
R. Gary Klausner
United States District Judge

{L0065991 1}